IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rodriguez, William
Rodriguez, Pamela P
Printed: 1/29/08

Case Number: 06 B 11571
Judge: Wedoff, Eugene R
Filed: 9/15/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 13, 2007
Confirmed: November 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,700.00 | |
| Secured: | | 570.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 129.60 |
| Other Funds: | | 0.00 |
| Totals: | 2,700.00 | 2,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National | Secured | 33,025.12 | 570.40 |
| 4. | Internal Revenue Service | Priority | 932.18 | 0.00 |
| 5. | New Jersey Higher Education | Unsecured | 1,843.68 | 0.00 |
| 6. | General Motors Acceptance Corp | Unsecured | 1,658.98 | 0.00 |
| 7. | Capital One | Unsecured | 85.34 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 11.60 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 153.21 | 0.00 |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 11. | Key Bank & Trust | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| 13. | Sallie Mae | Unsecured | | No Claim Filed |
| 14. | Sallie Mae | Unsecured | | No Claim Filed |
| 15. | KCA Financial Services | Unsecured | | No Claim Filed |
| 16. | Nrthestcrcol | Unsecured | | No Claim Filed |
| | | | $ 39,710.11 | $ 2,570.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 129.60 |
| | $ 129.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | Rodriguez, William<br>Rodriguez, Pamela P<br>Printed: 1/29/08 | Case Number: 06 B 11571<br>Judge: Wedoff, Eugene R<br>Filed: 9/15/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

